# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154227(53)

CHARTER TOWNSHIP OF WHITE LAKE,
      Plaintiff/
      Counterdefendant-Appellee,

v

SC: 154227
COA: 326514
Oakland CC: 2014-141776-CZ

CIURLIK ENTERPRISES and MARTIN CIURLIK,
      Defendants/
      Counterplaintiffs-Appellants.

_____/

On order of the Court, the motion for reconsideration of this Court's April 4, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2017



Clerk

d0717